Case No. <u>3:14CV00202 JLH</u>

Case Style: <u>Howard v. Nucor-Yamato Steel Company</u>

# JURY VERDICT

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY _____
DEPUTY CLERK

INTERROGATORY NO. 1

Do you find from a preponderance of the evidence that there was negligence on the part of Nucor-Yamato Steel Company which was a proximate cause of any damages sustained by Robert Howard?

____yes____
(YES)    or    (NO)

_Sheila Crafton_
Foreperson

_9/30/15_
Date

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY
DEPUTY CLERK

## INTERROGATORY NO. 2

Use this interrogatory only if you have answered "Yes" to Interrogatory No. 1.

Do you find from a preponderance of the evidence that there was negligence on the part of Robert Howard which was a proximate cause of any damages he may have sustained?

_____Yes_____

(YES)     or     (NO)

*Sheik Crafton*

Foreperson

9/30/15

Date

INTERROGATORY NO. 3

If you have answered Interrogatories 1 and 2 "Yes," then answer this Interrogatory, but if you have answered Interrogatory 1 "Yes" and Interrogatory 2 "No," then proceed to Interrogatory 4 without answering Interrogatory 3.

Using 100% to represent the total responsibility for the occurrence and any injuries or damages resulting from it, apportion the responsibility between the parties.

Nucor-Yamato Steel Company          87 %

Robert Howard                       13 %

Total                               100%

*Sheila Crayton* (signature)

9/30/15

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY _____
DEPUTY CLERK

INTERROGATORY NO. 4

If you have answered Interrogatory 1 "Yes" and Interrogatory 2 "No," then answer this Interrogatory, or if you have answered Interrogatories 1 and 2 "Yes," and you have apportioned a lesser percentage of responsibility to Robert Howard in Interrogatory 3, then answer this Interrogatory.

State the amount of any damages which you find from a preponderance of the evidence were sustained by Robert Howard.

ANSWER: $ 331,600

_____
Foreperson

9/30/15
_____
Date