**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT C. HOWARD                                                                                         PLAINTIFF

v.                                                    No. 3:14CV00202 JLH

NUCOR-YAMATO STEEL COMPANY;
and JOHN DOES 1-10                                                                                    DEFENDANTS

## **JUDGMENT**

On the 28th day of September, 2015, this action came before the Court for trial by jury. Robert C. Howard appeared in person and with his lawyers, Tony L. Wilcox and Brandon W. Lacy. Nucor-Yamato Steel Company appeared through its representative, Scott Norris, and its attorneys, Robert L. Coleman and Chris Brown. All parties announced ready for trial. A jury was selected and duly sworn.

On September 30, 2015, after all of the evidence had been received and the jury had been duly instructed on the law, the jury returned a verdict as follows:

INTERROGATORY NO. 1
Do you find from a preponderance of the evidence that there was negligence on the part of Nucor-Yamato Steel Company which was a proximate cause of any damages sustained by Robert Howard?

Answer: Yes

INTERROGATORY NO. 2
Do you find from a preponderance of the evidence that there was negligence on the part of Robert Howard which was a proximate cause of any damages he may have sustained?

Answer: Yes

INTERROGATORY NO. 3
Using 100% to represent the total responsibility for the occurrence and any injuries or damages resulting from it, apportion the responsibility between the parties.
Nucor-Yamato Steel Company                87%
Robert Howard                                          13%

INTERROGATORY NO. 4

State the amount of any damages which you find from a preponderance of the evidence were sustained by Robert Howard.

Answer: $331,600

/s/ Foreperson
Date 9/30/15

Judgment is therefore entered in favor of Robert C. Howard against Nucor-Yamato Steel Company in the amount of Two Hundred Eighty-Eight Thousand Four Hundred Ninety-Two Dollars ($288,492) plus post-judgment interest to accrue at the rate of 0.34% per annum and costs of the action, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 1st day of October, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE