**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT C. HOWARD                                                                                            PLAINTIFF

v.                                      No. 3:14CV00202 JLH

NUCOR-YAMATO STEEL COMPANY;
and JOHN DOES 1-10                                                     DEFENDANTS

## <u>ORDER</u>

Robert Howard has filed an application for writ of garnishment against Wells Fargo Bank, an application for writ of garnishment against Wachovia Bank, and an application for writ of execution. In response, Nucor-Yamato Steel Company has filed a motion for stay of enforcement of the judgment, contending that it has adequate assets to pay any judgment with interest, but also stating that it stands ready, willing, and able to post a cash bond to stay the enforcement of the judgment. Howard has responded, stating that he agrees to the stay of execution until October 29, 2015, provided that Nucor posts a cash bond in the amount of $288,569.92.

Nucor's motion for stay is GRANTED (Document #59), provided that Nucor posts a cash bond in the amount of $288,569.92 by 5:00 p.m., on October 22, 2015. The stay will expire at 5:00 p.m., on October 29, 2015, unless Nucor files a notice of appeal, in which case the stay will continue in effect pending appeal. Howard's applications for writ of garnishment and for execution are DENIED at this time. Documents #54, #55, and #56.

IT IS SO ORDERED this 21st day of October, 2015.

                                                                                  _/s/ J. Leon Holmes_
                                                                                  J. LEON HOLMES
                                                                                  UNITED STATES DISTRICT JUDGE