**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ROBERT C. HOWARD                                                                                       PLAINTIFF

v.                                              No. 3:14CV00202 JLH

NUCOR-YAMATO STEEL COMPANY;
and JOHN DOES 1-10                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Robert C. Howard against Nucor-Yamato Steel Company for costs in the amount of $6,560.03.

IT IS SO ORDERED this 28th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE