# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROBERT C. HOWARD                                                                                PLAINTIFF

v.                              No. 3:14CV00202 JLH

NUCOR-YAMATO STEEL COMPANY;
and JOHN DOES 1-10                                              DEFENDANTS

## **ORDER**

Nucor-Yamato Steel Company's motion to continue stay order and bond is GRANTED. Document #72. Provided that the cash bond remains on file with the Clerk of Court, all garnishment and execution will be stayed pending resolution of the renewed motion for judgment as a matter of law or in the alternative for a new trial and all appeals.

IT IS SO ORDERED this 30th day of October, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE