**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT C. HOWARD                                                                                       PLAINTIFF

v.                                              No. 3:14CV00202 JLH

NUCOR-YAMATO STEEL COMPANY;
and JOHN DOES 1-10                                                                              DEFENDANTS

## ORDER

  Nucor-Yamato Steel Company has moved for oral argument on its renewed motion for judgment as a matter of law or in the alternative for new trial and has also requested leave to file a reply.  The leave to file a reply is GRANTED.  Document #77.  The reply must be filed within seven days from the entry of this Order.  After reviewing all of the arguments in support of and against the renewed motion for judgment as a matter of law or in the alternative for new trial, the Court will decide whether oral argument would be beneficial and will notify the parties accordingly.

  IT IS SO ORDERED this 19th day of November, 2015.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE