**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ROBERT C. HOWARD                                                                                                PLAINTIFF

v.                                          No. 3:14CV00202 JLH

NUCOR-YAMATO STEEL COMPANY;
and JOHN DOES 1-10                                                                                           DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice. The Clerk is directed to enter a satisfaction of judgment and to refund the cash bond previously deposited with the Clerk of Court by Nucor-Yamato Steel Company (Limited Partnership).

IT IS SO ORDERED this 1st day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE